Rel: October 11, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2024-0278

Carlos Gregory Dotson, as executor and personal representative of the
Estate of Louise C. Cresong, deceased v. Melanie Rose, M.D. (Appeal from
Mobile Circuit Court: CV-22-900437).

SELLERS, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(E), Ala. R. App. P.

Parker, C.J., and Wise, Stewart, and Cook, JJ., concur.